**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| VINCENT HAWKINS, | : | |
| | : | Civ. No. 16-2321 (RBK) |
| Petitioner, | : | |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| ATTORNEY GENERAL OF NEW JERSEY, et al., | : | |
| | : | |
| Respondents. | : | |
| | : | |

      Petitioner is a state prisoner currently incarcerated at Northern State Prison in Newark, New Jersey. He is proceeding *pro* se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition did not include an application to proceed *in forma pauperis* nor did it include a prepaid $5.00 filing fee. Thus, this case will be administratively closed. Petitioner shall be given an opportunity to reopen this action should he so choose.

      Accordingly, IT IS this   28th   day of April, 2016,

      ORDERED that the Clerk shall administratively terminate this case for petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; and it is further

      ORDERED that if petitioner wishes to reopen this action, he shall notify the Court within thirty (30) days of the date of entry of this Order, in writing; petitioner's writing shall include either:  (1) a complete *in forma pauperis* application, including a certified statement of petitioner's institutional account as required by Local Civil Rule 81.2(b); or (2) the $5.00 filing fee; and it is further

ORDERED that the Clerk shall serve a copy of this Order and a blank form application to proceed *in forma pauperis* by a prisoner in a habeas corpus case on petitioner by regular U.S. mail.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
